UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR -1 AM 10: 54

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. **'08 MJ 0984** |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Antonio ALDECO-Rangel,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 31, 2008,** within the Southern District of California, defendant, **Antonio ALDECO-Rangel,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF **APRIL 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Antonio ALDECO-Rangel

## PROBABLE CAUSE STATEMENT

At approximately 11:30 p.m. on March 30, 2008, Border Patrol Agent M. Gillespie responded to a sensor activation in the area near Campo, California in an area known as Gloria Canyon. This area is located approximately 10 miles east of the Tecate, California Port of Entry and approximately less that one mile north of the United States/Mexico International Boundary.

Agent Gillespie found several footprints leading north form the United States/Mexico International Boundary, after tracking the footprints for approximately 30 minutes the agent encountered five individuals attempting to conceal themselves in the thick brush. Agent Gillespie identified himself as a Border Patrol Agent and questioned the each subject as to their citizenship. All five including one later identified as the defendant **Antonio ALDECO-Rangel,** admitted to being Mexican citizens and entering the United States illegally without any immigration or travel documents that would allow them to be or remain in the United States legally. All five individuals were arrested at approximately 1:00 a.m. and were transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **March 14, 2008** through Port of Entry at **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without an attorney present. The defendant admitted to being a Mexican citizen having entered the United States illegally without any immigration or travel documents that would allow him to be or remain in the Untied States legally.