FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08CR 1296-JLS |
| Plaintiff, | INFORMATION |
| v. | Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony) |
| ANTONIO ALDECO-RANGEL, | |
| Defendant. | |

The United States Attorney charges:

On or about March 31, 2008, within the Southern District of California, defendant ANTONIO ALDECO-RANGEL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: April 24, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
4/9/08